AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Janae Miller, et al., on behalf of themselves and others similarly situated,
*Plaintiff*
v.
HG Ohio Employee Holding Corp., et al.,
*Defendant*

Civil Action No. 2:21-cv-3978

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the Opinion and Order filed 11/21/2023 the Parties' joint motion for FLSA Settlement Approval (ECF No. 68) is GRANTED. The Settlement Agreement (ECF No. 68-1) is APPROVED, and the case is DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 11/21/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*